UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON JAMES ALSTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. MACOMBER,<br><br>　　　　　Respondent. | No. 2:14-cv-1500 JAM KJN P<br><br><br>ORDER |

On October 30, 2015, petitioner filed a document styled, "Motion for Summary Judgment," in which petitioner states that he has not received a response to the petition as required by the court's July 13, 2015 order. (ECF No. 22.) Petitioner asks the court to enter summary judgment in light of respondent's default. However, the record reflects that respondent filed an amended answer on September 1, 2015, which was accompanied by a certificate of service attesting that the document was served on petitioner at his address of record on September 1, 2015. (ECF No. 20.) Petitioner's motion does not reflect a change of address. Plaintiff's motion for entry of summary judgment based on respondent's alleged default is inappropriate and is denied.

However, because it appears that petitioner did not receive the answer, the Clerk of the Court is directed to send petitioner a copy of the amended answer, and petitioner is granted an extension of time in which to file his traverse.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion (ECF No. 22) is denied;

2. Petitioner shall file his traverse, if any, within thirty days from the date of this order; and

3. The Clerk of the Court shall send petitioner a copy of respondent's September 1, 2015 amended answer.

Dated:  December 14, 2015

/alst1500.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2