UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONON ALSTON, | No. 2:14-cv-1500 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| J. MACOMBER, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel. On December 21, 2015, petitioner filed a motion to grant his petition based on respondent's alleged failure to timely respond. Petitioner's filing was signed by him on December 14, 2015.

However, on December 15, 2015, petitioner's motion for summary judgment based on respondent's alleged failure to timely respond was denied, and the Clerk was directed to send petitioner a copy of respondent's answer inasmuch as it appeared petitioner did not receive it. Respondent was granted an extension of time in which to file an answer, and the amended answer was timely-filed. Pursuant to the December 15 order, petitioner's traverse, if any, is due on or before January 15, 2016.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion (ECF No. 25) is denied.

Dated: January 7, 2016

alst1500.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1